UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  EDCV 21-1062 MEMF (PVC)                         Date:  February 25, 2022

Title      Rudy Jay Burdick v. Raymond Madden, Warden


Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|                Marlene Ramirez                |              None              |
|:----------------------------------------------:|:------------------------------:|
|                 Deputy Clerk                   |     Court Reporter / Recorder  |

|  Attorneys Present for Petitioner:  |  Attorneys Present for Respondent:  |
|:-----------------------------------:|:-----------------------------------:|
|                None                 |                None                 |

**PROCEEDINGS:   ORDER TO SHOW CAUSE WHY PETITIONER'S REQUEST FOR A STAY PURSUANT TO *RHINES V. WEBER* SHOULD NOT BE DENIED AS MOOT AND EXTENDING TIME FOR RESPONDENT TO ANSWER THE PETITION**

On June 20, 2021, Petitioner, a California state prisoner proceeding *pro se*, constructively filed a habeas petition pursuant to 28 U.S.C. § 2254. ("Petition," Dkt. No. 1 at 8). The Petition included a request for a stay pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), to exhaust Ground Four ("Motion for Stay"). (*Id.* at 51–65; *see* Dkt. No. 7 at 3–4, 11–24; *see also* Dkt. No. 13-11 (habeas petition filed in California Supreme Court)).[1] On February 17, 2022, Respondent filed an opposition, in part, to the Motion for Stay. (Dkt. No. 12). It appears from a review of the public website, that on February 23, 2022, the California Supreme Court denied the habeas petition.[2] As such, Petitioner's request pursuant to *Rhines v. Weber* to exhaust Ground Four may be moot. For this reason, the Court orders that Petitioner respond, in writing, **within fourteen (14) days**

---

[1] Page citations to Petitioner's filings such as the Petition, which includes non-sequential pages and many attached exhibits, refer to the CM/ECF-generated page numbers on the Court's docket.

[2] *See* California Appellate Courts Case Information website, https://appellatecases.courtinfo.ca.gov, Case No. S271538 (see attached screenshot).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 21-1062 MEMF (PVC)                              Date:  February 25, 2022

Title         Rudy Jay Burdick v. Raymond Madden, Warden

from the date of this Order, why his request for a stay pursuant to *Rhines v. Weber* should not be denied as moot.

Additionally, Respondent's time to file an Answer to the Petition is hereby extended to **March 29, 2022**.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |