**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUDY JAY BURDICK,<br><br>                    Petitioner,<br><br>          v.<br><br>MARCUS POLLARD, Warden,<br><br>                    Respondent. | Case No. EDCV 21-1062-MEMF (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.[1]

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered denying the First Amended Petition and dismissing this action with prejudice; and

/ / /

---

[1] At one point in his Petition, Petitioner appears to fault his appellate counsel, stating that her "failure" to present certain federal authority "in and of itself is such to support a valid [ineffective assistance of counsel] argument in this case." First Amended Petition, ECF No. 17 at 21 (page 10 of Memorandum of Points and Authorities). Because, however, he does not identify ineffective assistance of counsel as one of the grounds of his habeas petition, *see* First Amended Petition at 5-6, and actually disclaims that he is raising such a ground, the Court does not consider it. *See* First Amended Petition at 21 ("[P]etitioner is not, has not raised an argument of ineffective assistance of counsel . . . .").

3. The Clerk serve copies of this Order on the parties.

Dated: July 17, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge