JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY JAY BURDICK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 21-1062-MEMF (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: July 17, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　　United States District Judge